Entered on Docket
January 29, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 29, 2010

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LUZ IMELDA TORRES,<br><br><br><br><br><br>Debtor.<br>_____ | Case No. 10-30110 TEC<br><br>Chapter 7<br><br><br>Date: February 5, 2010<br>Time: 9:30 a.m.<br>Ctrm: Hon. Thomas E. Carlson<br>     235 Pine Street, 23rd Fl.<br>     San Francisco, CA |

**ORDER TO SHOW CAUSE WHY VENUE SHOULD NOT BE TRANSFERRED TO OAKLAND**

On January 15, 2010, Debtor filed the above-captioned bankruptcy case. Debtor lists her street address as Pinole, CA. If Debtor has been domiciled in Pinole for 91 or more of the 180 days preceding the petition date, venue for this case is proper in Oakland, and not San Francisco. 28 U.S.C. § 1408(1).

(1) Unless the hearing is vacated pursuant to paragraph (3) below, Debtor shall appear at the above date and time and show cause why this case should not be transferred to the Oakland Division.

(2) The deadline to file and serve a response to the order to show cause is February 3, 2010.

**ORDER TO SHOW CAUSE**

-1-

(3) If no response to this order is filed by February 2, 2010, the court will order the case transferred to the Oakland Division and will vacate the hearing on the order to show cause.

**\*\*END OF ORDER\*\***

ORDER TO SHOW CAUSE

|     |                                    |
| --- | ---------------------------------- |
| 1   | <u>**Court Service List**</u>      |
| 2   |                                    |
| 3   | Luz Imelda Torres                  |
|     | 970 Barkley Court                  |
| 4   | Pinole, CA 94564                   |
| 5   | Anthony D. Agpaoa, Esq.            |
|     | Law Offices of Anthony D. Agpaoa   |
| 6   | 870 Market St. #400                |
|     | San Francisco, CA 94102            |
| 7   |                                    |
| 8   |                                    |
| 9   |                                    |
| 10  |                                    |
| 11  |                                    |
| 12  |                                    |
| 13  |                                    |
| 14  |                                    |
| 15  |                                    |
| 16  |                                    |
| 17  |                                    |
| 18  |                                    |
| 19  |                                    |
| 20  |                                    |
| 21  |                                    |
| 22  |                                    |
| 23  |                                    |
| 24  |                                    |
| 25  |                                    |
| 26  |                                    |
| 27  |                                    |
| 28  |                                    |